## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO, 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 CV 1910 |
| 5757 NORTH SHERIDAN ROAD CONDOMINIUM ASSOCIATION, an Illinois Corporation, | ) ) ) | Judge Kendall  Magistrate Judge Brown |
| Defendant. | ) ) | |

## NOTICE OF FILING

To:    Robert B. Greenberg
       Asher, Gittler, Greenfield & D'Alba, Ltd.
       200 West Jackson Boulevard
       Suite 1900
       Chicago, IL 60606

PLEASE TAKE NOTICE that on April 23, 2008, the undersigned filed with the

Clerk of the United States District Court for the Northern District of Illinois, Defendant's

**ANSWER TO COMPLAINT**, a copy of which is attached hereto.

                                        5757 NORTH SHERIDAN ROAD
                                        CONDOMINIUM ASSOCIATION

                                        **By: s/Jason B. Hirsh**
                                           One of its Attorneys

David Sugar, ARDC No. 2765489
Jason B. Hirsh, ARDC No. 6283094
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8088833.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I served the foregoing **Notice of Filing**

and **Answer to Complaint** via the CM/ECF system and by depositing the same in the

United States mail, first class postage prepaid, at 120 South Riverside Plaza, Chicago:


Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, IL 60606
(312) 263-1500
rbg@ulaw.com


**s/Jason B. Hirsh**
Jason B. Hirsh
**Arnstein & Lehr LLP**
120 S. Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100
Attorney for Defendant

8088833.1