IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> 5757 NORTH SHERIDAN ROAD CON-DOMINIUM ASSOCIATION, an Illinois Corporation, <br><br> Defendant. | No.   08 CV 1910 <br><br> Judge Kendall <br><br> Mag. Judge Brown |

## JOINT STATUS REPORT

**A.   NATURE OF THE CASE**

**1.   The lead attorneys on the case.**

The lead attorneys on the case are Robert B. Greenberg of Asher, Gittler, Greenfield & D'Alba, Ltd., 200 West Jackson Boulevard, Suite 1900, Chicago, Illinois 60606, attorney for Plaintiffs.

David Sugar and Jason B. Hirsh of Arnstein & Lehr, LLP, 120 South Riverside Plaza, Suite 1200, Chicago, IL 60606, attorneys for Defendant.

**2.   Basis for Jurisdiction.**

The Plaintiffs' action is brought pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C., Sections 1132(g)(2),(a)(3), and 1145.

3.   **Nature of the claims asserted in the complaint and any counterclaims.**

This is an action to collect $30,569.39 in alleged delinquencies for the period of April 1, 2001 through May 31, 2006.

4.   **Name of any party that has not been served and the nature of the non-service.**

All parties have been served.

5.   **Principal legal issues.**

There do not appear to be any legal issues at this time.

6.   **Principal factual issues.**

Defendant contends that the Funds' audit is inaccurate and that the monies claimed to be due and owing are, in fact, not owed.

B.   **DISCOVERY**

1.   **Brief description of completed discovery and any remaining discovery.**

The parties' attorneys have discussed the matter pursuant to Rule 26A, and written discovery has been commenced. The Court previously set a discovery cutoff date of July 1, 2008, and the parties respectfully request that discovery be extended for an additional 60 days.

2.   **Brief description of any pending motion and anticipated motions.**

There are no motions pending, and none anticipated at this time.

3.   **Brief description of any previously entered rulings on substantive issues.**

There have been no rulings on this matter on any substantive issues.

4.   **Any previously filed status reports.**

There have been no status reports filed previously.

C.   **TRIAL**

1.   **If a trial is anticipated whether the parties consent to proceed before a Magistrate Judge.**

The parties are considering whether they will agree to proceed before a Magistrate but have not yet reached a final decision.

2.   **If a trial is anticipated, how long the trial will take and whether a jury is requested.**

There is no jury demand, and if there is a trial, it is anticipated it would not go beyond three days.

D.   **SETTLEMENT**

1.   **Status of any settlement discussions and whether the parties request a settlement conference.**

The parties have not requested a settlement conference, and until discovery is completed, settlement discussions would be premature.

Dated:  June 6, 2008

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

/s/ Jason Hirsh
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois  60606
(312) 876-7803

## CERTIFICATE OF SERVICE

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

Dated:  June 4, 2008

8119996.1