# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

          Plaintiff,

v.

          Case No.: 1:08−cv−01910
          Honorable Virginia M. Kendall

5757 North Sheridan Road Condominium Association

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: The minute entry of 7/24/2008 [#13] is corrected as follows: Defendant's oral motion to all discovery to remain open until 9/4/2008 is granted. The order shall stand in all other respects.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.