# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

                Plaintiff,

v.

                Case No.: 1:08−cv−01910
                Honorable Virginia M. Kendall

5757 North Sheridan Road Condominium Association

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued 10/20/2008 at 09:00 AM. Parties report they are working on settlement and are waiting for a meeting of the trustees. Discovery shall stay open until 10/20/2008.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.